UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: TETRA TECHNOLOGIES, INC. SECURITIES LITIGATION § § § § § § § § | CIVIL ACTION NO. 4:08-cv-0965 |

### ORDER

The Court hereby gives notice that Defendants will be granted 21 days from the date of filing to respond to Plaintiffs' Motion to Compel Discovery (Doc. No. 131). If, however, upon consideration of the merits, this Court finds that Plaintiffs are entitled to relief pursuant to this Motion, it may also allow Plaintiffs to conduct further depositions of certain witnesses. These additional depositions will be limited in terms of both timing and subject matter.

**IT IS SO ORDERED**.

**SIGNED** this 6th day of May, 2010.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE