UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| | § | |
| | § | |
| IN RE: TETRA TECHNOLOGIES, INC. | § | CIVIL ACTION NO. 4:08-cv-0965 |
| SECURITIES LITIGATION | § | |
| | § | |
| | § | |
| | § | |

## ORDER

The Court has been informed that the parties in the above-referenced matter have reached a tentative settlement. Accordingly, the parties should submit a formal notice of settlement for the Court's approval within thirty (30) days of entry of this Order. Upon Court approval, notice of the same will then be distributed to all class members.

All pending motions in this matter (Doc. Nos. 128, 129, 131) are hereby **DENIED WITHOUT PREJUDICE** to refiling if this settlement cannot be finalized.

IT IS SO ORDERED.

SIGNED this 21st day of June, 2010.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE