UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

AUG 0 9 2010

David J. Bradley, Clerk of Court

IN RE TETRA TECHNOLOGIES INC
SECURITIES LITIGATION

CASE NO: 4:08-CV-00965

Patrick J. Simpson, MOVANT
Richard Galietti, MOVANT
Isong Akpan, MOVANT
Andre Cowley, MOVANT
Jonathan Lee Riches, MOVANT
Mario Alvarado, MOVANT
George Barbour, MOVANT
Chad Ferrell, MOVANT
Larry Norris, MOVANT
Clarence Brown, MOVANT
Jermod Holmes, MOVANT
Billy Driggers, MOVANT
Shannon Lee, MOVANT
Major Spaulding, MOVANT
Steven Boyd, MOVANT
Jeffrey Pierre, MOVANT
Eddie Whitlow, MOVANT
Dale Evitts, MOVANT
Ali Murray, MOVANT
Gregory Woods, MOVANT
Justin Laube, MOVANT
Maurice Shelly, MOVANT
Iran Duarte, MOVANT
Andrew Giles, MOVANT
Steve Hutchins, MOVANT
Oscar Nunez, MOVANT
Jimmy Oneal Brown, MOVANT
John Foulk JR, MOVANT
Daniel Giannini, MOVANT
Ralph Rogers, MOVANT

Motion By Movants To Intervene as Plaintiffs under Fed R. Civ. P. Rule 24 (A) $^2$, 24 (B)

Motion To Object to settlement Proposal

Motion FOR counsel Paul R. Bessette of Greenberg Traurig LLPs Recusal Due to Financial and Personal conflicts of Interest

Comes now, the Movants, Patrick J. Simpson, Richard Galietti, Isong Akpan, Andre cowley, Jonathan Lee Riches, Mario Alvarado, George Barbour, chad Ferrell, Larry Norris, Clarence Brown, Jermod Holmes, Billy Driggers, Shannon Lee, Major Spaulding, Steven Boyd, Jeffrey Pierre, Eddie whitlow, Dale Eutts, Ali Murray, Gregory Woods, Justin laube, Maurice shelly, Iran Duarte, Andrew Giles, Steve Hutchins, OSCAR NUNEZ, Jimmy Oneal Brown, John Foulk JR, Daniel Giannini, and Ralph Rogers, Moves this honorable court to intervene in the Tetra Technologies Inc securities litigation as Plaintiffs with newly discovered Evidence under Fed. R. civ. P. rule 24 (A) $^2$ as a unconditional matter of right. Zubery. Allen. moves to Intervene under Rule 24(B) - Permissive Intervention, Neuilles v. EEOC

The movants have a common vested interest in this case. The movants purchased Tetra common stock from July 1, 2006 through Dec 5, 2006. OUR Intervention Brings Questions of laws and Facts that are common in this Action. The Movants have Financial records, transcripts, financial records to submit as evidence.

Movants object to any settlement proposal until movants have enough time to Analyze and inspect the details regarding the settlement case. Movants have a constitutional right.

Movants, move for counsel Paul R. Bessette's recusal in this

Litigation. Due to Financial and personal conflicts of interest which prevents the movants and the plaintiffs from receiving a fair hearing. counsel Bessette has Financial dealings and Ties with the RDAP, Residential Drug Abuse Program at the Federal medical center in lexington Kentucky along with Financial dealings with RDAP coordinator DR. Kristen Hungness and DR. Amanda Hughes a/k/a Amanda Leigh Hughes in which counsel Bessette is in a intimate relationship with. The RDAP program has been violating movants 8th amendment rights for cruel and unusual punishment By sexually Abusing, sexually molesting and torturing Inmates in RDAP. DR. Kristen Hungness Forced Richard Vialetti to strip naked and have Homosexual oral sex with Maurice shelly in handcuffs while DR. Amanda Hughes Filmed it. DR. Amanda Hughes forces Patrick J. simpson and Mario Alvarado to inject Heroin in their Arms, then they have to perform oral sex on her. Ms. Delores green had sex with Jeffery Corre, Iran Duarte, Eddie whitlow, and Andrew Giles, all against their will. DR. Natalie Riley forced Major spaulding, Febo Rodriguez, MR. Farrow, Maurice shelly, and steven Boyd to have sex with her. MR. Rick Dooley forced Dr. Murran and MR. Holmes to sodomize each other. MR. Dooley had sex with Eddie whitlow, MR. Jackson, MR. Mc Daniels, Dale Eutts, and greason woods in his office. Ms. Scarlett mattingly performed oral sex on Justin Eaube, MR. Holmes, Marcus lewis, Sean taylor, and Jimmy Oneal Brown. counsel Bessette supports this behavior, counsel Bessette is also a unindicted co-conspirer with Patrick J. simpson from york maine, they Are on internet articles together on Google for Arson and child Molestation, RDAP staff are under internal and Federal investigation. You must call 859-255-6812 investigators at FMC lexington to confirm this. Movants face imminent danger and Bodily harm and fear they will not get a fair hearing due to this conflict of interest.

Movants pray this honorable Court will grant their motions for Relief.

respectfully
Submitted,

*Richard Galietti* 8-5-10
Richard Galietti
#15814014
P.O. Box 14500
lexington, KY 40512

*Andre Cowley* 8-5-10
Andre Cowley
#09591067
P.O. Box 14500
lexington, KY 40512

*MARIO ALVARADO* 8-5-10
Mario Alvarado
P.O. Box 14500
lexington, KY 40512

*Clarence Brown* 8-5-10
Clarence Brown
P.O. Box 14500
lexington, KY 40512

*Shannon Lee* 8-5-10
Shannon Lee
P.O. Box 14500
lexington, KY 40512

*Isong AKPAN* 8-5-10
Isong AKPAN
#11210033
P.O. Box 14500
lexington, KY 40512

*LARRY NORRIS* 8-5-10
Larry Norris
#08284028
P.O. Box 14500
lexington, KY 40512

*Ralph Rogers* 8-5-10
Ralph Rogers
#85033071
P.O. Box 14500
lexington, KY 40512

*George Burbour* 8-5-10
George Burbour
P.O. Box 14500
lexington, KY 40512

*Jermod Holmes* 8-5-10
Jermod Holmes
P.O. Box 14500
lexington, KY 40512

*Patrick J. Simpson* 8-5-10
Patrick J. Simpson
#05095036
P.O. Box 14500
lexington, KY 40512

*Jonathan Lee Riches* 8-5-10
Jonathan Lee Riches
#40948018
P.O. Box 14500
lexington, KY 40512

*Chad Ferrell* 8-5-10
Chad Ferrell
P.O. Box 14500
lexington, KY 40512

*Billy Driggers* 8-5-10
Billy Driggers
P.O. Box 14500
lexington, KY 40512

*Major Spaulding* 8-5-10
Major Spaulding
P.O. Box 14500
lexington, KY 40512

*Steven Boyd* 8-5-10
Steven Boyd
P.o. Box 14500
lexington, KY 40512

*Eddie Whitlow* 8-5-10
Eddie Whitlow
P.o. Box 14500
lexington, KY 40512

*Jeffrey Pierre* 8-5-10
Jeffrey Pierre
P.o. Box 14500
lexington, KY 40512

*Ali Murray* 8-5-10
Ali Murray
P.o. Box 14500
lexington, KY 40512

*Dale Evitts* 8-5-10
Dale Evitts
P.o. Box 14500
lexington, KY 40512

*Gregory woods* 8-5-10
Gregory woods
P.o. Box 14500
lexington, KY 40512

*Maurice Shelly* 8-5-10
Maurice Shelly
P.o. Box 14500
lexington, KY 40512

*Justin Laube* 8-5-10
Justin Laube
P.o. Box 14500
lexington, KY 40512

*Iran Duarte* 8-5-10
IRAN Duarte
P.o. Box 14500
lexington, KY 40512

*Steve Hutchins* 8-5-10
Steve Hutchins
P.o. Box 14500
lexington, KY 40512

*Andrew Giles* 8-5-10
Andrew Giles
P.o. Box 14500
lexington, KY 40512

*Oscar Nunez* 8-5-10
OSCAR NUNEZ
P.o. Box 14500
lexington, KY 40512

*John Fouck JR* 8-5-10
John Fouck JR
P.o. Box 14500
lexington, KY 40512

*Jimmy Brown* 8-5-10
Jimmy Oneal Brown
P.o. Box 14500
lexington, KY 40512

*Daniel Giannini* 8-5-10
Daniel Giannini
P.o. Box 14500
lexington, KY 40512

## Certificate of Service

I certify that the following foregoing Motions were sent to the following Parties on 8-5-10 via the United States Postal Service to:

David R. Scott
Scott & Scott LLP
156 South Main St.
P.O. Box 192
Colchester, CT 06415

Paul R. Bessette
Greenburg Traurig LLP
300 West Sixth
Suite 2050
Austin, TX 78701

Tetra Technologies Inc
P.O. Box 6177
Novato, California 94448

respectfully,

8-5-10

Jonathan Lee Riches
#40948018
P.O. Box 14500
Lexington, KY 40512

United States District Court
Southern District of Texas
Clerk of court
U.S. Courthouse
515 Rusk Ave
Houston, Texas 77208

United States Courts
Southern District of Texas
FILED

AUG 0 9 2010

David J. Bradley, Clerk of Court