Attn: Clerk of the Court    Date 9/7/10

Case No. 4:08-cv-00965

United States Courts
Southern District of Texas
FILED
SEP 1 3 2010
Clerk of Court

Dear Clerk,

Recently your Court received a request, purportedly from me, asking that I be named as a Plaintiff, Intervener or Movant in the above referenced Cause.

I did not sign that document. I did not authorize anyone else to use my name. I do not wish to be involved in any litigation of any type, in any manner, in this or any other District. The use of my signature on any document received by the Court before the above listed date of this letter is a forgery.

The person behind this act of forgery, identity theft and mail fraud is another inmate at this prison well known to the court system as an abusive frivolous filer. His name is Jonathan Lee Riches, 40948-018. For the last several months Mr. Riches has been held in isolation in the prisons administrative segregation unit after filing lawsuits against staff members alleging many different illegal activities to include starvation, torture and sexual assault against his person. Over the last few months Mr. Riches has forged the signatures of dozens of inmates from this prison in lawsuits in over twenty different jurisdictional districts. The prison administration has let us know that since Mr. Riches is marking his outgoing mail "LEGAL MAIL", there is nothing they can do to stop his actions and that we must contact the courts ourselves.

1. First and foremost I ask that because of the scurrilous and outrageous nature of the false allegations made about me in the motions, that they be stricken from the record and deleted from the electronic case file.
2. I ask that my name be removed from the above referenced Cause in any capacity.
3. I ask that my true and notarized signature listed below not be published or reproduced less it accidentally winds up in Mr. Riches possession.
4. Any relief granted or sanction imposed against Mr. Riches for further misuse of my identity would be welcomed.

Respectfully Submitted,

*Mario Alvarado* (signature)

Mario Alvarado
50333-179
Federal Medical Center
Lexington, KY 40512

_____  exp. 6/27/2014
Notary  #422897

Subscribed and sworn to me this 7 day of Sept., 2010.

Malvarado 80333-177
Federal Medical Center
PO Box 14500
Lexington, KY 40512

SEP 13 2010
United States Courts
Southern District of Texas
FILED
Clerk of Court

08-cv-00965

77208+1010

Clerk, US District Court
PO Box 61010
Houston, TX 77208

LEXINGTON KY 405
10 SEP 2010 PM 3 L



USA FIRST CLASS FOREVER