UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE TETRA TECHNOLOGIES, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) | Civil Action No. 4:08-CV-00965<br><br>JUDGE KEITH P. ELLISON |

**MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND PLAN OF ALLOCATION, AND APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Lead Plaintiff Fulton County Employees' Retirement System, on Behalf of Itself and All Others Similarly Situated, and respectfully files this Motion for Final Approval of Class Settlement and Plan of Allocation and Application for Award of Attorneys' Fees and Reimbursement of Expenses. In support thereof, Lead Plaintiff relies on the contemporaneously filed: Memorandum in Support of Final Approval of Proposed Class Action Settlement, Plan of Allocation, and to Certify Class for Settlement Purposes; Declaration of Beth A. Kaswan in Support of Proposed Final Approval of Class Action Settlement, Class Certification, Award of Attorneys' Fees and Expenses, and Plan of Allocation; Memorandum of Law in Support of Lead Plaintiff's Application for Award of Attorneys' Fees and Reimbursement of Expenses; Declaration of Arthur L. Shingler III in Support of Motion for Attorneys' Fees and Disbursements Filed on Behalf of Scott+Scott LLP; and Declaration of Theodore C. Anderson in Support of Motion for Attorneys' Fees and Disbursements Filed on Behalf of Kilgore & Kilgore, and Exhibits attached thereto.

WHEREFORE PREMISES CONSIDERED, Lead Plaintiff prays that this Motion be granted and the attached approval Order be entered.

Dated: September 20, 2010

Respectfully submitted,

By: /s/ David R. Scott
**SCOTT+SCOTT LLP**
David R. Scott (*pro hac vice*)
Amanda F. Lawrence (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432

**SCOTT+SCOTT LLP**
Beth A. Kaswan (*pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel: (212) 223-6444
Fax: (212) 223-6334

*Attorneys for Fulton County Employees' Retirement System and Lead Counsel*

Theodore C. Anderson III
**KILGORE & KILGORE**
3109 Carlisle
Dallas, TX 75204
Tel: (214) 969-9099
Fax: (214) 953-0133

*Liaison Counsel*

## CERTIFICATE OF SERVICE

On September 20, 2010, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case files ("ECF") system of the Court. Notice of this filing will be sent to all parties by operation of the ECF system. Parties may access this filing through the ECF system.

    /s/ David R. Scott
David R. Scott (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432


*Lead Counsel for Lead Plaintiff*

3