# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE TETRA TECHNOLOGIES, INC.<br>SECURITIES LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:08-CV-00965<br><br>JUDGE KEITH P. ELLISON |

**DECLARATION OF THEODORE C. ANDERSON IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND DISBURSEMENTS FILED ON BEHALF OF KILGORE & KILGORE**

## **DECLARATION**

I, Theodore C. Anderson, declare as follows.

1. I am a member of the law firm Kilgore & Kilgore. I submit this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in this case.

2. My firm acted as Local Counsel in this class action.

3. The total number of hours expended on this litigation by my firm is 29.1 hours. The total lodestar for my firm is $14,390, consisting of 28.3 hours billed by me at $500 per hour, and 0.8 hours billed by attorney John H. Crouch at $300 per hour. The amount of time spent by the attorneys of my firm who were involved in this litigation and the lodestar calculation are based on my firm's current billing rates. My firm's time was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. The hourly rates for the attorneys in my firm are the same as the regular current rates charged for their services in securities or shareholder litigation.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 20th day of September, 2010 in Dallas, Texas.

/s/ Theodore C. Anderson
THEODORE C. ANDERSON

1